Brandon J. Mark (10439)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111
Email: bmark@parsonsbehle.com

Robert J. Nelson (*pro hac vice* admission to be sought)
Lexi J. Hazam (*pro hac vice* admission to be sought)
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: rnelson@lchb.com
Email: lhazam@lchb.com

*Attorneys for Relator Jack Suenram*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JACK D. SUENRAM,<br><br>Plaintiffs,<br><br>v.<br><br>EDUTREK, LLC, a Utah limited liability company; *et al.*,<br><br>Defendants. | **NOTICE OF VOLUNTARY DISMISSAL**<br><br>Case No.: 2:16-cv-00800-CW-DBP |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff-Relator Jack Suenram, by and through his undersigned counsel, hereby voluntarily dismisses all claims against Defendants without prejudice. This dismissal is without prejudice to the United States or any of its claims. The United States has indicated that it consents to the dismissal without prejudice.

DATED this 20th day of August 2018.

/s/ Brandon J. Mark
BRANDON J. MARK
PARSONS BEHLE & LATIMER

ROBERT J. NELSON
LEXI J. HAZAM
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP

*Attorneys for Relator*

CERTIFICATE OF SERVICE

On this 20th day of August, 2018 I hereby certify that I electronically filed the foregoing **NOTICE OF VOLUNTARTY DISMISSAL** with the Clerk of Court using the CM/ECF system that will send an electronic notification to counsel of record for all of the parties.

DATED this 20TH day of August 2018.

/s/ Brandon J. Mark