JOHN W. HUBER, United States Attorney (#7226)
SANDRA L. STEINVOORT, Assistant United States Attorney (#5352)
Office of the United States Attorney
111 South Main Street, Suite #1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: Sandra.Steinvoort@usdoj.gov

Attorneys for the United States of America

---

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JACK D. SUENRAM<br><br>Plaintiff,<br><br>v.<br><br>EDUTREK, LLC, et al.,<br><br>Defendants. | Case No. 2:16–cv–00800–CW–DBP<br><br>**UNITED STATES' NOTICE OF CONSENT TO DISMISSAL**<br><br>District Judge Clark Waddoups |

On August 20, 2018, Relator filed a Notice of Voluntary Dismissal of this action. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of this action without prejudice to the rights of the United States, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

Respectfully submitted this 27th day of August, 2018.

CHAD A. READLER
Acting Assistant Attorney General

JOHN W. HUBER
United States Attorney
District Of Utah

s/ Sandra L. Steinvoort
SANDRA STEINVOORT
Assistant United States Attorney
Utah No. 5352
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Facsimile: (801) 524-6924

MICHAEL GRANSTON
RENÉE BROOKER
JAY MAJORS
PAUL PERKINS
United States Department of Justice
Civil Division
Commercial Litigation Branch
Fraud Section
P.O. Box 261
Benjamin Franklin Square
Washington, D.C. 20044
Telephone: (202) 307-1109

Attorneys for the United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of August 2018, a true and correct copy of the foregoing United States' Notice of Consent to Dismissal was served via the court's CM/ECF electronic filing system to all counsel of record.

/s/ Sandra L. Steinvoort